In the Matter of the Final Accounting of SAMUEL A. HAYT
et al., Executors, etc.

(Argued March 19, 1883 ; decided March 30, 1883.)

*Milton A. Fowler* for appellant.

*Thomas J. Swift* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.